IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| EARVIN KYLES,<br><br>    Plaintiff,<br><br>v.<br><br>TRG CUSTOMER SOLUTIONS, INC.<br>(d/b/a IBEX GLOBAL SOLUTIONS) and<br>Joshua Perkins, individually,<br><br>    Defendants. | Case No. 3:14-cv-01674<br>Judge Todd J. Campbell<br>Magistrate Judge Joe Brown |

## DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY THE PROCEEDINGS AND COMPEL ARBITRATION

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant TRG Customers Solutions, Inc. d/b/a IBEX Global Solutions ("IBEX") moves the Court to enter an Order dismissing this lawsuit because Plaintiff Earvin Kyles ("Kyles") agreed previously, in writing, to submit all employment claims to final and binding arbitration. Alternatively, pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 1 et seq. ("FAA"), IBEX moves the Court to enter an Order staying these proceedings and compelling Kyles to comply with the promise he made in writing to resolve any claim relating to his employment through final and binding arbitration rather than through the courts. His lawsuit ignores that promise and does just the opposite. The strong federal and state public policy favoring the resolution of disputes through arbitration – the exact process dictated by the mandatory alternative dispute resolution process to which the parties here agreed – requires the Court to grant IBEX's Motion as a matter of law.

In support of this Motion, IBEX relies upon its contemporaneously submitted Memorandum of Law, and the Declaration of Ginni Goldsberry.

1

s/ K. Coe Heard
Mark W. Peters (BPR #018422)
K. Coe Heard (BPR #029338)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
mark.peters@wallerlaw.com
coe.heard@wallerlaw.com

*Attorneys for TRG Customers Solutions, Inc. d/b/a IBEX Global Solutions*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the court's electronic filing system upon the following:

Allen Woods, Esq.
Law Offices of Woods & Woods
P O Box 128498
Nashville, TN 37212
Email: allen@woodsattorneys.com

Cheyanne K. Kinghorn, Esq.
Kinghorn Law, PLLC
3200 West End Avenue
Suite 500
Nashville, TN 37203
Email: ckk@kinghornlaw.net

on this the 19th day of September, 2014.

s/ K. Coe Heard

4814-1993-6030, v. 2