IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EARVIN KYLES | ) |
| | ) |
| v. | ) NO. 3-14-1674 |
| | ) JUDGE CAMPBELL |
| TRG CUSTOMER SOLUTIONS, INC. | ) |

ORDER

Pending before the Court are Defendant TRG Customer Solutions, Inc.'s Motion to Dismiss or, in the Alternative, to Stay the Proceedings and Compel Arbitration (Docket No. 9) and Plaintiff's Motion to Strike (Docket No. 26). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is DENIED and Defendant's Motion to Stay is GRANTED.

Because the Court has not relied on unsupported allegations of fact in ruling on the Motion to Dismiss or to Stay, Plaintiff's Motion to Strike is moot.

The parties are ordered to arbitration, pursuant to their Agreement, and this action is STAYED, pending further Order of the Court. The parties shall promptly notify the Court when the arbitration is concluded. In any event, the parties shall notify the Court, by June 1, 2015, of the status of the case.

The Clerk is directed to close this file administratively, pending further Order of the Court.

IT IS SO ORDERED.

                                                                         _____
                                                                         TODD J. CAMPBELL
                                                                         UNITED STATES DISTRICT JUDGE